# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD RANSOM, JR., ) | 1:10-cv-00397 GSA PC |
| ) | |
| Plaintiff, ) | ORDER GRANTING PLAINTIFF EXTENSION OF TIME IN WHICH TO FILE AMENDED COMPLAINT |
| v. ) | |
| ) | AMENDED COMPLAINT DUE IN THIRTY DAYS |
| DANIEL GONZALES, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

Plaintiff is a state prisoner proceeding pro se in this civil rights action. Plaintiff has consented to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c).

On April 5, 2012, an order was entered, directing Plaintiff to file an amended complaint by April 30, 2012. On April 9, 2012, Plaintiff filed a notice of change of address, indicating that he has been transferred to CSP Lancaster. It appears that Plaintiff did not receive the April 5, 2012, order.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall re-serve the April 5, 2012, order upon Plaintiff at his address of record.

2. Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file an amended complaint in compliance with the order of April 5, 2012, order.

IT IS SO ORDERED.

Dated:   **May 10, 2012**            /s/ **Gary S. Austin**
                                                            UNITED STATES MAGISTRATE JUDGE