1

2

3                    IN THE UNITED STATES DISTRICT COURT FOR THE

4                            EASTERN DISTRICT OF CALIFORNIA

5

6    LEONARD RANSOM, JR.,                        1:10-cv-00397 GSA PC
                                          )
7                                         )      ORDER GRANTING PLAINTIFF
                        Plaintiff,        )      EXTENSION OF TIME IN WHICH
8                                         )      TO FILE AMENDED COMPLAINT
           v.                             )
9                                         )      AMENDED COMPLAINT DUE IN
     DANIEL GONZALES, et al.,             )      THIRTY DAYS
10                                        )
                        Defendants.       )
11   _____ )

12

13         Plaintiff is a state prisoner proceeding pro se in this civil rights action.   Plaintiff has

14   consented to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c).

15         On April 5, 2012, an order was entered, directing Plaintiff to file an amended complaint

16   by April 30, 2012.  On April 9, 2012, Plaintiff filed a notice of change of address, indicating that

17   he has been transferred to CSP Lancaster.  It appears that Plaintiff did not receive the April 5,

18   2012, order.

19         Accordingly, IT IS HEREBY ORDERED that:

20         1.  The Clerk's Office shall re-serve the April 5, 2012, order upon Plaintiff at his address

21   of record.

22         2.  Plaintiff is granted an extension of time of thirty days from the date of service of this

23   order in which to file an amended complaint in compliance with the order of April 5, 2012, order.

24

25

26

27

28

IT IS SO ORDERED.

 **Dated:**   **May 10, 2012**              /s/ **Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE