UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD RANSOM, JR.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DANIEL GONZALEZ, et al.,<br><br>　　　　Defendants. | 1:10-cv-00397-GSA-PC<br><br>ORDER GRANTING PLAINTIFF'S REQUEST TO FILE SUPPLEMENTAL OPPOSITION TO DEFENDANTS' MOTION TO REVOKE IN FORMA PAUPERIS STATUS<br>(Doc. 36.)<br><br>THIRTY DAY DEADLINE FOR DEFENDANTS TO FILE REPLY TO SUPPLEMENTAL OPPOSITION, IF THEY SO WISH |

　　Leonard Ransom, Jr., ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on March 8, 2012.  (Doc. 1.)  This case now proceeds on the original Complaint, against defendants C/O M. Amador, C/O Daniel Nava, C/O R. Marquez, and C/O Ralph Nunez for use of excessive force; and against defendants C/O Daniel Nava, C/O R. Marquez, and Lt. Carlos Sandoval for failure to protect Plaintiff.[1]

---

[1] On August 8, 2012, the Court dismissed Plaintiff's claim regarding his disciplinary process from this action for failure to state a claim.  (Doc. 17.)  The Court also dismissed defendants Daniel Gonzalez and Sergeant Ybarra from this action, based on Plaintiff's failure to state any claims against them.  Id.  The Court also dismissed defendants Saul Ochoa, Harold Tyson, Eric Lunsford, Daniel Gonzalez, and Gina Marquez, without prejudice, on Plaintiff's motion.  Id.

On April 4, 2013, Plaintiff filed a request to file a supplemental opposition to Defendants' motion to revoke Plaintiff's in forma pauperis status. (Doc. 36.) Plaintiff seeks leave to add further argument in support of the opposition he filed on February 21, 2013. Plaintiff submitted his proposed supplemental opposition, which was filed by the Clerk on April 4, 2013. (Doc. 37.)

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's request to file a supplemental opposition to Defendants' motion to revoke Plaintiff's in forma pauperis status is GRANTED nunc pro tunc;

2. Plaintiff's supplemental opposition, filed on April 4, 2013, is deemed properly filed; and

3. Within thirty days of the date of service of this order, Defendants may file a reply to Plaintiff's supplemental opposition, if they so wish.

IT IS SO ORDERED.

Dated:   **April 13, 2013**                 /s/
**Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE