UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD RANSOM, JR.,<br><br>          Plaintiff,<br><br>     vs.<br><br>DANIEL GONZALEZ, et al.,<br><br>          Defendants. | 1:10-cv-00397-GSA-PC<br><br>CORRECTED ORDER[1] DENYING DEFENDANTS' MOTION TO STRIKE AS MOOT<br>(Doc. 40.) |

Leonard Ransom, Jr. ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on March 8, 2012.  (Doc. 1.)  This case now proceeds on the original Complaint, against defendants C/O M. Amador, C/O Daniel Nava, C/O R. Marquez, and C/O Ralph Nunez for use of excessive force; and against defendants C/O Daniel Nava, C/O R. Marquez, Sgt. J. Ybarra, and Lt. Carlos Sandoval for failure to protect Plaintiff.[2]

---

[1] The order is corrected to reflect the reinstatement of defendant Sergeant Ybarra in this action on October 3, 2012.

[2] On August 8, 2012, the Court dismissed Plaintiff's claim regarding his disciplinary process from this action for failure to state a claim.  (Doc. 17.)  The Court also dismissed defendants Daniel Gonzalez and Sergeant Ybarra from this action, based on Plaintiff's failure to state any claims against them.  Id.  The Court also dismissed defendants Saul Ochoa, Harold Tyson, Eric Lunsford, Daniel Gonzalez, and Gina Marquez, without prejudice, on Plaintiff's motion.  Id.  On October 3, 2012, defendant Sergeant Ybarra was reinstated as a defendant, under Fed. R. Civ. P. 60.  (Doc. 22.)  Service of process upon defendant Ybarra has been commenced but is not yet completed.  (Doc. 24.)

On April 11, 2013, Defendants filed a motion to strike Plaintiff's surreply filed on April 4, 2013.  (Doc. 40.)  Defendants' motion is moot.  The Court entered an order on April 15, 2013, granting Plaintiff's motion to file the surreply and deeming the surreply properly filed. (Doc. 42.)

Accordingly, Defendants' motion to strike is DENIED as moot.

IT IS SO ORDERED.

Dated:   **April 17, 2013**                             **/s/ Gary S. Austin**
                                                                                  UNITED STATES MAGISTRATE JUDGE