UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD RANSOM, JR., | 1:10-cv-00397-AWI-GSA-PC |
| Plaintiff, | ORDER DENYING REQUEST FOR ISSUANCE OF SUBPOENAS |
| vs. | (Doc. 87.) |
| DANIEL GONZALEZ, et al., | |
| Defendants. | |

Leonard Ransom, Jr. ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on March 8, 2010. (Doc. 1.) This case now proceeds on the initial Complaint, against defendants C/O M. Amador, C/O Daniel Nava, C/O R. Marquez, and C/O Ralph Nunez for use of excessive force; and against defendants C/O Daniel Nava, C/O R. Marquez, Sgt. J. Ybarra, and Lt. Carlos Sandoval for failure to protect Plaintiff.[1]

On August 9, 2011, Plaintiff filed a request for issuance of twelve blank subpoenas, "to command attendance at the upcoming trial, and to request the Court issue duces tecum and inspection of tangible things." (Doc. 87 at 1.)

---

[1] On August 8, 2012, the Court dismissed Plaintiff's claim regarding his disciplinary process from this action for failure to state a claim. (Doc. 17.) The Court also dismissed defendants Daniel Gonzalez and Sergeant Ybarra from this action, based on Plaintiff's failure to state any claims against them. Id. The Court also dismissed defendants Saul Ochoa, Harold Tyson, Eric Lunsford, Daniel Gonzalez, and Gina Marquez, without prejudice, on Plaintiff's motion. Id. On October 3, 2012, defendant Sergeant Ybarra was reinstated as a defendant, under Fed. R. Civ. P. 60. (Doc. 22.)

With respect to Plaintiff's request for subpoenas to command attendance of witnesses at trial, Plaintiff's request is premature. Trial has not yet been scheduled for this action. When it is time for trial, the court will issue an order with instructions for bringing witnesses to trial.

With respect to Plaintiff's request for subpoenas duces tecum and inspection of tangible things, Plaintiff's request is untimely. The discovery phase for this case closed on September 9, 2014 and has not been extended.

Therefore, for the reasons set forth above, Plaintiff's request for the issuance of subpoenas is HEREBY DENIED.

IT IS SO ORDERED.

Dated:  **September 22, 2014**                      **/s/ Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE