UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN R. EDWARDS,<br><br>            Plaintiff,<br><br>       vs.<br><br>D. CABRAL,<br><br>            Defendant. | 1:10-cv-00397-AWI-EPG-PC<br><br>JUDGMENT IN FAVOR OF<br>DEFENDANT CARLOS SANDOVAL |

\_\_\_     **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

  **XXX**      **DECISION BY COURT**.  This action against defendant Carlos Sandoval came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

Date:   January 29, 2016

                                                          MARIANNE MATHERLY, Clerk

                                                  By:   \_J. Hellings_____
                                                             Deputy Clerk