1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| LEONARD RANSOM, JR., | 1:10-cv-00397-AWI-EPG-PC |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT IN FAVOR OF DEFENDANT CARLOS SANDOVAL |
| DANIEL GONZALEZ, et al., | |
| Defendant(s). | |

___ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**XXX** **DECISION BY COURT**. This action against defendant Carlos Sandoval came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

Date:  January 29, 2016

MARIANNE MATHERLY, Clerk

By:   __J. Hellings_____
        Deputy Clerk