UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD RANSOM, JR., | 1:10-cv-00397-AWI-EPG-PC |
| Plaintiff, | NOTICE OF TELEPHONIC STATUS CONFERENCE BEFORE MAGISTRATE JUDGE ERICA P. GROSJEAN |
| vs. | |
| R. MARQUEZ, et al., | **April 6, 2016 at 10:00 a.m.**<br>**Courtroom 10 (EPG)** |
| Defendants. | |

**PLEASE TAKE NOTICE**

This case is now scheduled for a telephonic status conference before Magistrate Judge Erica P. Grosjean on Wednesday, **April 6, 2016 at 10:00 a.m. in Courtroom 10 (EPG).** The parties shall be prepared to discuss the status of this case, a plan for proceeding toward trial, the parties' willingness to consent to Magistrate Judge jurisdiction for trial, and whether early settlement proceedings would be beneficial. Counsel for Defendants is required to arrange for the participation of Plaintiff in the telephonic status conference and to initiate the telephonic hearing at **(559) 499-5960**.

IT IS SO ORDERED.

Dated:   **March 21, 2016**              /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE