UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD RANSOM, JR.,<br><br>      Plaintiff,<br><br>   vs.<br><br>R. MARQUEZ, et al.,<br><br>      Defendants. | 1:10-cv-00397-AWI-EPG-PC<br><br>SCHEDULING ORDER FOLLOWING STATUS CONFERENCE HELD ON APRIL 6, 2016<br><br>**Telephonic Discovery Conference**<br>April 28, 2016 at 10:30 a.m.<br>Courtroom 10 (EPG)<br><br>**Joint Discovery Statement Due**:<br>April 26, 2016 by e-mail<br><br>**Settlement Conference**:<br>August 3, 2016 at 10:30 a.m.<br>Courtroom 10 (EPG)<br><br>**Confidential Settlement Conference Statements Due**:   July 27, 2016<br><br>**Telephonic Trial Confirmation Hearing**:<br>August 19, 2016 at 1:30 p.m.<br>Courtroom 2 (AWI)<br><br>**JURY TRIAL**:<br>September 27, 2016 at 8:30 a.m.<br>Courtroom 2 (AWI) |

**I.      BACKGROUND**

Plaintiff, Leonard Ransom ("Plaintiff"), is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this case on March 8, 2010. (ECF No. 1.) This case now proceeds

1

with the First Amended Complaint filed on June 29, 2012, against defendants Correctional Officer (C/O) Amador, C/O Daniel Nava, C/O R. Marquez, and C/O Ralph Nunez for use of excessive force; and against defendants C/O Daniel Nava, C/O R. Marquez, and Sergeant J. Ybarra, for failure to protect Plaintiff in violation of the Eighth Amendment.  (ECF No. 13.)

The deadlines for completion of discovery and for the filing of pretrial dispositive motions in this case have expired.  Defendant Sandoval filed a motion for summary judgment on July 31, 2015, which was granted by the Court on January 26, 2016, and summary judgment was entered in favor of Defendant Sandoval.  (ECF Nos. 126, 127.)  No other motions are pending.

## II.     STATUS CONFERENCE

On April 6, 2016 at 10:30 a.m.[1] a telephonic status conference was held before Magistrate Judge Erica P. Grosjean.  Plaintiff appeared telephonically on his own behalf, and California Deputy Attorney General Allison M. Low appeared telephonically on behalf of Defendants.

The parties discussed the status of this case, consent to Magistrate Judge jurisdiction for trial, and the possibility of settlement.  The parties declined Magistrate Judge jurisdiction.  Therefore, District Judge Anthony W. Ishii shall preside over the trial for this case.  Jury trial before Judge Ishii is now scheduled to commence on **September 27, 2016 at 8:30 a.m.**, and a telephonic trial confirmation hearing before Judge Ishii is scheduled for **August 19, 2016 at 1:30 p.m.**

Defense counsel requested leave to reopen discovery.  Defendants were advised to file a motion to reopen discovery, but to postpone filing the motion until after the parties have met and conferred about discovery and participated in an informal discovery conference.  A telephonic informal discovery conference was scheduled for **April 28, 2016 at 10:30 a.m.** before Magistrate Judge Grosjean. In preparation for the conference, the parties are required to meet and confer to discuss the case and the discovery issues, and shall submit a joint statement

---

[1] Due to difficulties connecting the parties on the telephone, the hearing started half an hour late.

to the Court by email at **epgorders@caed.uscourts.gov**, no later than **April 26, 2016**, discussing the discovery issues to be resolved.

Plaintiff was advised that he must turn over his evidence concerning witnesses, including any witness statements or declarations, to Defendants as soon as possible. The parties indicated they would cooperate in exchanging documents.

A Settlement Conference was scheduled for **August 3, 2016 at 10:30 a.m.** before Magistrate Judge Erica P. Grosjean. Plaintiff and defense counsel must appear in person and participate in the settlement conference. The Court shall issue a transportation Writ to bring Plaintiff to the Court for the settlement conference. The parties' Confidential Settlement Conference Statements shall be due one week before the settlement conference, no later than **July 27, 2016**.

### III. CONCLUSION

Based on the foregoing, IT IS HEREBY ORDERED that:

1. A telephonic informal discovery conference is scheduled for **April 28, 2016 at 10:30 a.m.** in Courtroom 10 before Magistrate Judge Erica P. Grosjean. Counsel for Defendants is required to arrange for the participation of Plaintiff in the telephonic conference and to initiate the telephonic conference at **(559) 499-5960;**

2. Prior to the discovery conference, the parties are required to meet and confer to discuss this case and the discovery issues. The parties shall submit a joint statement to the Court no later than **April 26, 2016**, via email at **epgorders@caed.uscourts.gov**, discussing the discovery issues to be resolved;

3. A Settlement Conference is scheduled for **August 3, 2016 at 10:30 a.m.**, before Magistrate Judge Erica P. Grosjean in Courtroom 10 at the United States Courthouse, Sixth Floor, Courtroom 10, 2500 Tulare Street, Fresno, California;

4. Defense counsel shall appear at the Settlement Conference in person with full authority to negotiate and settle the case on any terms. Government entities may appear through litigation counsel only, but must have immediate access to the

individual with settlement authority. The failure of any counsel, party or authorized person subject to this order to appear in person may result in the imposition of sanctions;

5. Plaintiff shall appear in person at the Settlement Conference. The Court shall issue a transportation Writ to bring Plaintiff to the Court for the Settlement Conference;

6. Each party shall provide a Confidential Settlement Conference Statement to:

> Chambers of Magistrate Judge Erica P. Grosjean
> United States District Court
> 2500 Tulare Street, Room 1501
> Fresno, California  93721

so they are received no later than **July 27, 2016**, and file a **Notice of Submission** of the Confidential Settlement Conference Statement with the Clerk of the Court (See L.R. 270(d)). Settlement statements **should not be filed** with the Clerk of the Court nor served on any other party. Settlement statements shall be clearly marked "CONFIDENTIAL" with the date and time of the settlement conference indicated prominently thereon. The confidential settlement statement shall be **no longer than five pages** in length, typed or neatly printed, and include the following:

   a. A brief statement of the claims and defenses, i.e., statutory or other grounds upon which the claims are founded; a forthright evaluation of the parties likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute;

   b. An evaluation of damages expected at trial if Plaintiff prevails on his claims;

   c. An estimate of the cost and time to be expended for further discovery, pretrial, and trial;

   d. The relief sought;

   e. The party's position on settlement, including present demands and offers and a history of past settlement discussions, offers, and demands; and

   f. A brief statement of each party's expectations and goals for the settlement conference;

7. A telephonic trial confirmation hearing is scheduled for **August 19, 2016 at 1:30 p.m.** before District Judge Anthony W. Ishii in Courtroom 2; and

8. Jury trial for this case is scheduled to commence on **September 27, 2016 at 8:30 a.m.** before District Judge Anthony W. Ishii in Courtroom 2.

IT IS SO ORDERED.

Dated: **April 7, 2016**   /s/ Erica P. Grosjean
             UNITED STATES MAGISTRATE JUDGE