UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD RANSOM, JR.,<br><br>      Plaintiff,<br><br>    vs.<br><br>DANIEL GONZALEZ, et al.,<br><br>      Defendants. | 1:10-cv-00397-AWI-EPG-PC<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME (ECF No. 146.)<br><br>NEW DEADLINE: JUNE 24, 2016<br><br>ORDER FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANTS' CLAIMS OF PRIVILEGE WITHIN TWO WEEKS |

      Leonard Ransom, Jr. ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.

      At the informal discovery teleconference for this case on April 28, 2016, the Court established a deadline of May 19, 2016 for Defendants to provide Plaintiff with certain discovery responses. (ECF Nos. 137, 138.) On May 18, 2016, Defendants filed a Notice of Continuing Compliance with the Court's Informal Discovery Order and Request for Extension of Time. (ECF No. 140.) On May 20, 2016, the Court issued an order extending the deadline for Defendants to provide discovery responses to June 6, 2016. (ECF No. 144.)

      On June 6, 2016, Plaintiff filed a Response to the Court's Informal Discovery Order and Second Request for Extension of time for Continuing Compliance on Certain Issues. (ECF No. 146.) Defense counsel represents that she has diligently endeavored to comply with the Court's

instructions but needs additional time to respond to two of Plaintiff's informal discovery requests and to evaluate the scope of an appropriate protective order in this case. (Decl. of Allison Low, ECF No. 146 ¶¶10-12.)

Defense counsel has shown diligence in responding to the Court's instructions and has made a good faith request for additional time. Therefore, the Court finds good cause to grant Defendants' request. Defendants shall be granted an extension of time until June 24, 2016 in which to provide Plaintiff with discovery responses and documents in compliance with the Court's order of May 16, 2016.

Defendants object to the disclosure of certain documents requested by Plaintiff, claiming official privilege. The Court shall not rule on Defendants' claims of privilege until after Plaintiff has filed a response. Plaintiff shall file a response within two weeks, no later than June 24, 2016.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' second request for extension of time, filed on June 6, 2016, is GRANTED; and
2. On or before June 24, 2016, Defendants shall provide Plaintiff with discovery responses and documents, pursuant to the Court's order of May 16, 2016.
3. No further extensions of time shall be granted; and
4. Within two weeks, no later than June 24, 2016, Plaintiff shall file a response to Defendants' claims of official privilege with respect to their discovery responses.

IT IS SO ORDERED.

Dated: **June 10, 2016**              /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE