UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD RANSOM, JR.,<br><br>    Plaintiff,<br><br>    vs.<br><br>DANIEL GONZALEZ, et al.,<br><br>    Defendants. | 1:10-cv-00397-AWI-EPG-PC<br><br>ORDER VACATING JUNE 27, 2016 ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT INMATE WITNESS LEONARD RANSOM, JR., FOR SETTLEMENT CONFERENCE ON AUGUST 3, 2016<br>(ECF No. 166.)<br><br>Leonard Ransom, Jr., CDCR# D-13702 |

On June 27, 2016, the Court issued an order and Writ of Habeas Corpus ad Testificandum to transport inmate witness Leonard Ransom, Jr., commanding the Warden of Salinas Valley State Prison-Soledad to produce California prisoner Leonard Ransom, Jr., CDCR# D-13702 to Courtroom #10, 6th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on **August 3, 2016 at 10:30 a.m.** to attend a settlement conference for this action. (ECF No. 166.)

The Court finds it necessary to continue the settlement conference to a later date to be determined. Therefore, the settlement conference scheduled for August 3, 2016 at 10:30 a.m.

is vacated from the Court's calendar, and inmate witness **Leonard Ransom, Jr., CDCR# D-13702** is not needed by the Court to attend a settlement conference on August 3, 2016.

**ACCORDINGLY, IT IS ORDERED** that the Court's order of June 27, 2016, ordering that a Writ of Habeas Corpus ad Testificandum issue, and the Writ of Habeas Corpus ad Testificandum issued on June 27, 2016, commanding the production of inmate Leonard Ransom, Jr., CDCR# D-13702, **ARE HEREBY VACATED**.

IT IS SO ORDERED.

Dated: **July 7, 2016**      /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE