UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD RANSOM, JR.,<br><br>        Plaintiff,<br><br>    v.<br><br>R. MARQUEZ, et al.,<br><br>        Defendants. | 1:10-cv-00397-AWI-EPG (PC)<br><br>ORDER FOR DEFENDANTS TO FILE STATUS REPORT REGARDING THE STATUS OF THE SETTLEMENT<br>(ECF NOS. 187 & 188)<br><br>14-DAY DEADLINE |

    On July 12, 2016, pursuant to a settlement among the parties, the parties filed a stipulation for voluntary dismissal with prejudice  (ECF No.  177), and the case was closed (ECF No. 178). Plaintiff filed an appeal (ECF No. 180), but voluntarily dismissed it in August of 2016 (ECF No. 185 & 186).  On November 14, 2016, Plaintiff filed two letters with the Court, stating that the defendants have not paid Plaintiff the agreed upon settlement amount.

    Accordingly, IT IS ORDERED that within fourteen days from the date of service of this order the defendants are to file a status report regarding the status of the settlement.

IT IS SO ORDERED.

    Dated:   **November 16, 2016**                    /s/ Erica P. Grosjean
                                                                        UNITED STATES MAGISTRATE JUDGE